United States District Court
Southern District of Texas
**ENTERED**
January 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CARLOS ALBERTO SCATEGUI ORTEGA,<br>    "Petitioner," §§§§<br>v. §§<br>MICHAEL J. PITTS, *et al.,*<br>    "Respondents." §§§ | Civil No. 1:25-cv-00371 |

## ORDER

      Before the Court is Petitioner's "Emergency Verified Petition for Writ of Habeas Corpus and Motion for Temporary Restraining Order and Preliminary Injunction" (Dkt. No. 1) ("Petition"). To expedite the Court's review, Respondents are **ORDERED** to submit a response to the Petition no later than 14 days after service of these filings. Petitioner is **ORDERED** to file proof of service of the Petition as a docket entry no later than **February 2, 2026, at 5 p.m. CST.** Once Respondents are served, the Petitioner is not to be removed; his status is to remain "as is" pending resolution of this case.

Signed on  January 22, 2026.

                                                                               _____
                                                                               Rolando Olvera
                                                                               United States District Judge