United States District Court
Southern District of Texas
**ENTERED**
May 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| CARLOS ALBERTO SCATEGUI ORTEGA,<br>"Petitioner," | § § § § § | |
| v. | § | Civil Action No. 1:25-CV-00371 |
| | § | |
| MICHAEL J. PITTS, *et al.,*<br>"Respondents," | § § § | |

## ORDER

Upon review of Petitioner's "Proof of Service" (Dkt. No. 5), the Court finds that Petitioner failed to serve Respondents in accordance with Rule 4(i). Accordingly, Petitioner is **ORDERED** to serve the Respondents in accordance with Rule 4(i) no later than **May 20, 2026 at 5 p.m.** **CST.** Failure to comply with this order will result in the dismissal of the action without prejudice.

SIGNED this May 6, 2026

Rolando Olvera
United States District Judge